## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**BMO BANK N.A.,**

CASE NO: **1:23–CV–01714–JLT–EPG**

v.

**ROYAL ROAD LINE INC, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 8/13/2024**

**Keith Holland**
Clerk of Court

ENTERED: **August 13, 2024**

by: /s/ C. Marrujo
Deputy Clerk